UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVAN JERRELLE WILSON, SR.,

        Plaintiff,

v.

        Case Number 23-11666
        Honorable David M. Lawson
        Magistrate Judge Kimberly G. Altman

NATHANIEL SMITH, BRIAN SHIPMAN,
JEROME WARFIELD, SR., CRISSA
BLANKENBURG, and TIMOTHY FLANAGAN,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Presently before the Court is the report issued on September 7, 2023 by Magistrate Judge Kimberly G. Altman pursuant to 28 U.S.C. § 636(b) recommending that the Court deny the plaintiff's motion for a preliminary injunction. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 16) is **ADOPTED**, and the plaintiff's motion for a preliminary injunction (ECF No. 11) is **DENIED**.

It is further **ORDERED** that the referral of the case to the assigned magistrate judge for all pretrial proceedings is **CONTINUED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: October 5, 2023