UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVAN JERRELLE WILSON, SR.,

       Plaintiff,                    Case Number 23-11666
                                                Honorable David M. Lawson
v.                                          Magistrate Judge Kimberly G. Altman

NATHANIEL SMITH, BRIAN SHIPMAN,
JEROME WARFIELD, SR., CRISSA
BLANKENBURG, and TIMOTHY FLANAGAN,

       Defendants.

_____/

**ORDER GRANTING IN PART REQUEST TO
EXTEND DEADLINE FOR FILING OBJECTIONS**

On May 30, 2024, the parties docketed a stipulation stating their joint request to extend the deadline for filing objections to a report and recommendation recently issued by the assigned magistrate judge. The stipulation did not state any grounds for the requested schedule adjustment save that "the parties would like more time to properly address the issues raised in the report and recommendation." Modification of scheduling deadlines established by the Court typically requires a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4). A party shows good cause by demonstrating a "reasonable justification" for its failure to complete the required tasks within the time prescribed. *Foster v. Halter*, 279 F.3d 348, 357 (6th Cir. 2001). It may do so by advancing specific facts that describe the magnitude of the undertaking, the time available for completion, and circumstances that would prevent a reasonable person from performing within the time allowed by a statute or court rule. *United States ex rel. Kalish v. Desnick*, 765 F. Supp. 1352, 1354 (N.D. Ill. 1991). Generalizations and conclusory allegations will not suffice. *Ibid.* The parties in this instance have made no effort to articulate specific facts establishing good cause for the

requested schedule adjustment. Nevertheless, the Court will grant a modest extension of the looming deadline to afford some additional time for counsel to complete the required work. No further requests for extension of the deadline will be entertained.

Accordingly, it is **ORDERED** that any objections to the report and recommendation (ECF No. 57) must be filed **on or before June 11, 2024**. No further requests for extension of the time to object will be entertained.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 6, 2024